IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARPEH COOPER, KELLY COOPER, AFUA HAMMOND, ANDERSON KNOBLE, TRUDI ANN BROWN-COOPER, SABRI COOPER, and MAMADOU SACKO, | : : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : | No. 09-5071 |
| KAREN FITZGERALD, et al., | : : : | |
| Defendants. | : : | |

**ORDER**

**AND NOW**, this 29th day of March, 2010, upon consideration of Defendants' Motion to Sever (Doc No. 18), and the Responses and Replies thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. It is **FURTHER ORDERED** that all Plaintiffs' claims except those of first-named Plaintiffs, Karpeh Cooper and Kelly Cooper, are dismissed without prejudice.

BY THE COURT:


  /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE