IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDERSON KNOBLE, AFUA HAMMOND | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| KAREN FITZGERALD, et al. | : | NO. 09-5071 |

**O R D E R**

**AND NOW**, this 25th day of April, 2011, upon consideration of Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction, Or In The Alternative, Motion for Summary Judgment, (Doc. No. 50), it is hereby **ORDERED** that Defendants Motion to Dismiss is **GRANTED** and therefore the Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE